# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# 3:09cr28

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| TERRY BLACKMON, ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on defendant's unopposed Motion to Correct Clerical Error. Having considered defendant's motion and reviewed the pleadings, the court enters the following Order as it appears that the restitution directed in the Judgment (#23) was entered in error.

## ORDER

**IT IS, THEREFORE, ORDERED** that defendant's unopposed Motion to Correct Clerical Error (#27) is **GRANTED,** and the Clerk of Court shall prepare and submit to chambers an Amended Judgment reflecting that defendant is not liable for restitution in this matter.

Signed: April 9, 2012

Max O. Cogburn Jr.
United States District Judge